IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MILLENNIUM HOTEL GROUP, LLC | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 21-3192 |
| AIX SPECIALTY INSURANCE COMPANY et al | : | |

| | | |
|---|---|---|
| AIX SPECIALTY INSURANCE COMPANY | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 22-2599 |
| MILLENNIUM HOTEL GROUP | : | |

**ORDER**

**AND NOW**, this 13th day of December 2024, it having been reported that the above captioned actions have been resolved, it is hereby **ORDERED** as follows: [1]

1. Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs; and

2. Defendant's Motion for Summary Judgment (ECF No. 48), in Civil Action No. 21-3192, is **DISMISSED** as **MOOT**.

**IT IS SO ORDRED**.

BY THE COURT:

/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**

---

[1] On December 12, 2024, Chambers was informed that both consolidated matters had settled.